IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TOBY MCGLOTHLIN,
   Petitioner,
     v.

ALEXIS CHASE
Warden,
   Respondent.

CIVIL ACTION FILE
NO. 1:06-CV-3066-TWT

OPINION AND ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the Petition. The Court agrees with the Magistrate Judge that the Petitioner has not shown a substantial deprivation of his constitutional rights. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 6 day of March, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\McGlothlin\r&r.wpd